IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **OTIS RUBE TERRY,**            )<br>                                                   )<br>          **Petitioner,**          )<br>                                                   )<br>     **v.**                                      )<br>                                                   )<br>                                                   )<br>**JAMES YATES, WARDEN**  )<br>                                                   )<br>          **Respondent.**        )<br>                                                   )<br>_____)  | **CV F 06-0196 OWW WMW HC**<br><br>**ORDER DIRECTING CLERK OF COURT TO DISREGARD NOTICE OF APPEAL FILED AUGUST 21, 2006, AND REQUEST FOR CERTIFICATE OF APPEALABILITY FILED AUGUST 25, 2006**<br>**[Doc. 17]** |

      Petitioner is a state prisoner proceeding pro se on a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 in this court. On August 21, 2006, Petitioner filed a notice of appeal in this case. The court finds that this notice of appeal is duplicative of the notice of appeal filed April 21, 2006, which was processed in Court of Appeals for the Ninth Circuit as case number 06-15919. There is nothing new to appeal, because no action has occurred in this case in this court since the filing of the April 21, 2006, notice of appeal. Accordingly,

the Clerk of the Court is HEREBY DIRECTED to disregard the notice of appeal filed August 21, 2006, and the request for a certificate of appealability filed August 25, 2006.

IT IS SO ORDERED.

**Dated:** **August 29, 2006**            **/s/ William M. Wunderlich**
bl0dc4                                    UNITED STATES MAGISTRATE JUDGE

2