IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **OTIS RUBE TERRY,** | CV F 06-0196 OWW WMW HC |
| **Petitioner,** | |
| v. | **ORDER VACATING FINDINGS AND RECOMMENDATIONS RE DISMISSAL OF ACTION** |
| **JAMES YATES, WARDEN** | [Doc. 5] |
| **Respondent.** | |

Petitioner is a state prisoner proceeding pro se on a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 in this court. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

Petitioner filed this petition on February 22, 2006. On March 21, 2006, this court entered findings and recommendations that the petition be dismissed without prejudice to Petitioner's right to file a new petition raising a cognizable claim. Instead of filing of objections to the findings and recommendations, Petitioner filed first a notice of appeal and then an amended petition. This case now proceeds on the amended petition. Accordingly,

the findings and recommendations entered March 21, 2006, are HEREBY VACATED.

IT IS SO ORDERED.

**Dated:    February 16, 2007**            **/s/  William M. Wunderlich**
bl0dc4                                                    UNITED STATES MAGISTRATE JUDGE